IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD E. OBRINGER PAC, A PROFESSIONAL CORPORATION, d/b/a ADVANCED SURGICAL ASSOCIATES, on behalf of itself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CARDCONNECT CORP.,<br><br>*Defendant.* | CIVIL ACTION<br>NO. 24-3034 |

## ORDER

**AND NOW**, this 2nd day of September, 2025, upon consideration of Defendant's Motion to Enforce Settlement Agreement, (ECF No. 31), Plaintiff's Response, (ECF No. 37), and Defendant's Reply (ECF No. 38), it is hereby **ORDERED** as follows:

1. Defendant's Motion is **GRANTED** in part and **DENIED** in part.

2. Counts I and IV are **DISMISSED** without prejudice.

3. Counsel for the parties shall meet and confer to discuss the discovery dispute about which they notified the Court in April. If the dispute remains unresolved, the parties are directed to notify the Court in accordance with its Policies and Procedures.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1